IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CHARLES EUGENE MOORE, #297 332, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:19-cv-610-ALB |
| | ) | |
| KARLA JONES, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

This case is before the court on a Recommendation of the United States Magistrate Judge entered on August 27, 2019. (Doc. 5). There being no timely objection filed to the Recommendation, and after an independent review of the file, it is ORDERED that:

1. The Recommendation of the United States Magistrate Judge is ADOPTED;

2. The Motion for Preliminary Injunction (Doc. 1) is DENIED;

3. This case is referred to the United States Magistrate Judge for further proceedings.

**DONE** and **ORDERED** this 27th day of September 2019.

                                                   /s/ Andrew L. Brasher
                                        ANDREW L. BRASHER
                                        UNITED STATES DISTRICT JUDGE