IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHARLES EUGENE MOORE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:19-CV-610-WKW |
| | ) |
| WARDEN KARLA JONES and | ) |
| WARDEN WILLIAM STREETER, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

On April 4, 2022, the Magistrate Judge filed a Recommendation (Doc. # 38), recommending that judgment be entered in favor of Defendants on Plaintiff's federal law claims and that Plaintiff's state law claims be dismissed. On April 18, 2022, Plaintiff filed an objection to the Recommendation. Plaintiff's objection reiterated the prison conditions, his injuries, and his belief that the conditions violated the United States Constitution. Upon a *de novo* review of the record and upon consideration of the Recommendation, it is ORDERED as follows:

1. Plaintiff's objection (Doc. # 39) is OVERRULED.

2. The Magistrate Judge's Recommendation (Doc. # 38) is ADOPTED.

3. Defendants' motion for summary judgment (Doc. # 30) is GRANTED as to Plaintiff's federal law claims.

4. Plaintiff's state law claims are DISMISSED without prejudice.

A final judgment will be entered separately.

DONE this 26th day of April, 2022.

                                            /s/ W. Keith Watkins
                                   UNITED STATES DISTRICT JUDGE